Case 1:06-cr-00292-WKW-SRW    Document 1    Filed 12/13/2006    Page 1 of 3

FILED
DEC 13 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:06CR292-WKW-SRW |
| v. | ) | [21 U.S.C. § 846] |
| | ) | |
| ASHLEY LACHELL WHITLOCK, | ) | |
| TERRY ANTHONY WHITLOCK, | ) | |
| AMBER TURKE WOLF, and | ) | |
| CHRISTOPHER WOLF | ) | **INDICTMENT** |

The Grand Jury charges that:

COUNT 1

From in or about 2003 through the filing of this indictment, in Coffee County, within the Middle District of Alabama, the defendants,

ASHLEY LACHELL WHITLOCK
TERRY ANTHONY WHITLOCK,
AMBER TURKE WOLF, and
CHRISTOPHER WOLF

did knowingly, intentionally, and unlawfully conspire and agree with each other and with others both known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully manufacture, possess with the intent to distribute and distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

A.    Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.    Upon conviction for a violation of Title 21, United States Code, Section 841(a)(1) as alleged in Count 1 of this indictment, the defendants,

ASHLEY LACHELL WHITLOCK,
TERRY ANTHONY WHITLOCK,
AMBER TURKE WOLF, and
CHRISTOPHER WOLF

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Count 1 of this indictment.

C.    If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL:

*/s/ Barbara J. Alexander*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ John T. Harmon*
JOHN T. HARMON
Assistant United States Attorney

*/s/ Clark Morris*
A. CLARK MORRIS
Assistant United States Attorney