≋AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

CHRISTOPHER WOLF
102 Hutchinson Avenue
Enterprise, AL

**WARRANT FOR ARREST**

Case Number:   1:06cr292-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CHRISTOPHER WOLF_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Knowingly, intentionally and unlawfully conspire and agree with others to unlawfully manufacture, possess with intent to distribute and distribute methamphetamine (1 count)
Forfeiture Allegations

in violation of Title _____21_____ United States Code, Section(s) _____846_____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

December 14, 2006 - Montgomery, AL
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |