**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO.   1:06cr292-WKW-SRW |
| | ) | |
| **ASHLEY LACHELL WHITLOCK,** | ) | |
| **TERRY ANTHONY WHITLOCK,** | ) | |
| **AMBER TURKE WOLF, and** | ) | |
| **CHRISTOPHER WOLF,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY APPEARANCE

**COMES NOW** the undersigned and notifies this Honorable Court that he accepts appointment as counsel for the Defendant, Christopher Wolf, in the above styled cause. The undersigned counsel further shows that he is a member in good standing of the Bar of this Court.

**RESPECTFULLY SUBMITTED** this 27th day of March 2007.

                                               s/ William R. Blanchard
                                               **WILLIAM R. BLANCHARD (BLA029)**
                                               Blanchard Law Offices
                                               Post Office Box 746
                                               Montgomery, Alabama 36101-0746
                                               Office: (334) 269-9691
                                               Fax: (334) 263-4766
                                               bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CR. NO.   1:06cr292-WKW-SRW |
| ) | |
| **ASHLEY LACHELL WHITLOCK,** ) | |
| **TERRY ANTHONY WHITLOCK,** ) | |
| **AMBER TURKE WOLF, and** ) | |
| **CHRISTOPHER WOLF,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

I, William R. Blanchard, do hereby certify that on March 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon and AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)