IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.    1:06cr292-WKW-SRW |
| | ) | |
| ASHLEY LACHELL WHITLOCK | ) | |
| TERRY ANTHONY WHITLOCK, | ) | |
| AMBER TURKE WOLF, and | ) | |
| CHRISTOPHER WOLF. | ) | |

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
BY LIFTING TRAVEL RESTRICTION**

**COMES NOW** Defendant Christopher Wolf, by and through Counsel of record, and shows as follows:

1. On March 26, 2007, this Honorable Court ordered the Defendant released upon certain conditions (Doc.27).

2. Condition number 7 (i) states that the Defendant must "abide by the following restrictions on his travel: Defendant restricted to travel within the Middle District and one time per week to DIRECT TV office in Mariana, Florida, to pick up work equipment. Any additional days of travel to office in Mariana, Florida, must be requested in advance and approved by his Pretrial Services officer."

3. The Defendant has at all times complied with the above quoted conditions of release. However, the Defendant's employer now frequently assigns him work duties outside of the Middle District, with the result that he must call the pretrial services officer and obtain permission numerous times each week. This creates substantial difficulties for

both the Defendant and pretrial services. The undersigned has consulted with the Defendant's Pretrial Services Officer, Tamara Martin, and can state with confidence that she does not oppose lifting or modifying the travel restriction to permit the Defendant to engage in employment related travel outside of the Middle District at any time.

**WHEREFORE**, the Defendant moves that the travel restriction embodied in paragraph 7(i) of Document 27 be lifted or modified to permit all employment related travel consistent with this request.

**RESPECTFULLY SUBMITTED** on this 30th day of April 2007.

s/ William R. Blanchard (BLA029)
**Blanchard Law Offices**
Post Office Box 746
Montgomery, Alabama 36101-0746
Phone (334) 269-9691
Fax (334) 263-4766
bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO.   1:06cr292-WKW-SRW** |
| | ) | |
| **ASHLEY LACHELL WHITLOCK** | ) | |
| **TERRY ANTHONY WHITLOCK,** | ) | |
| **AMBER TURKE WOLF, and** | ) | |
| **CHRISTOPHER WOLF.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon and AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard (BLA029)
**Blanchard Law Offices**
Post Office Box 746
Montgomery, Alabama 36101-0746
Phone (334) 269-9691
Fax (334) 263-4766
bill@blanchardlaw.com