IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr292-WKW |
| | ) | |
| CHRISTOPHER WOLF | ) | |

## **ORDER**

Upon consideration of defendant's motion to modify conditions of pretrial release (Doc. #44), filed April 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant's travel restriction is MODIFIED to permit all employment-related travel outside the Middle District only.

DONE, this 1st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE