# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:06cr292-WKW/SRW |
| | * | |
| **CHRISTOPHER WOLF, et al.,** | * | |
| | * | |
| Defendants. | * | |

### ENTRY OF APPEARANCE

*COMES NOW* the undersigned attorney and hereby enters his appearance as retained counsel of record for **Christopher Wolf,** Defendant in the above-styled cause. The provisions limiting the period of the undersigned's employment are that the said attorney is retained to represent the Defendant through the trial and sentencing portions of this case only.

                    **s/ B. Shaun McGhee**
                    **B. Shaun McGhee**
                    Bar Number: ASB-6433-E66B
                    **Attorney for Defendant**
                    Smith & McGhee, P.C.
                    211 West Main Street, Suite 2
                    Dothan, Alabama 36301
                    Telephone: (334) 702-1744
                    Fax: (334) 673-1744
                    E-mail: shaunmcghee2000@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:06cr292-WKW/SRW |
| | * | |
| **CHRISTOPHER WOLF, et al.,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, my Entry Of Appearance on behalf of Christopher Wolf was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John T. Harmon
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
john.harmon@usdoj.gov

A. Clark Morris
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
clark.morris@usdoj.gov

William R. Blanchard
Blanchard Law Offices
P.O. Box 746
Montgomery, AL 36101-0746
bill@blanchardlaw.com

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

    **s/ B. Shaun McGhee**
    **B. Shaun McGhee**
    Bar Number: ASB-6433-E66B
    **Attorney for Defendant**
    Smith & McGhee, P.C.
    211 West Main Street, Suite 2
    Dothan, Alabama 36301
    Telephone: (334) 702-1744
    Fax: (334) 673-1744
    E-mail: shaunmcghee2000@yahoo.com