**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO.   1:06cr292-WKW-SRW** |
| | ) | |
| **ASHLEY LACHELL WHITLOCK** | ) | |
| **TERRY ANTHONY WHITLOCK,** | ) | |
| **AMBER TURKE WOLF, and** | ) | |
| **CHRISTOPHER WOLF.** | ) | |

**MOTION FOR PERMISSION TO WITHDRAW AS
ATTORNEY FOR DEFENDANT CHRISTOPHER WOLF**

**COMES NOW** the undersigned court-appointed counsel for Christopher Wolf, and hereby moves for an Order granting the undersigned's request that he be withdrawn from the above-styled and numbered case as the Court-appointed attorney of record for Defendant Christopher Wolf on the ground that said Defendant has retained new counsel, namely, the Honorable Billy Shaun McGhee, who has filed his notice of attorney appearance in this case.

**RESPECTFULLY SUBMITTED** on this 8th day of May 2007.

                                                    s/ William R. Blanchard (BLA029)
                                                    **Blanchard Law Offices**
                                                    Post Office Box 746
                                                    Montgomery, Alabama 36101-0746
                                                    Phone (334) 269-9691
                                                    Fax (334) 263-4766
                                                    bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO.   1:06cr292-WKW-SRW** |
| | ) | |
| **ASHLEY LACHELL WHITLOCK** | ) | |
| **TERRY ANTHONY WHITLOCK,** | ) | |
| **AMBER TURKE WOLF, and** | ) | |
| **CHRISTOPHER WOLF.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon and AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard (BLA029)
**Blanchard Law Offices**
Post Office Box 746
Montgomery, Alabama 36101-0746
Phone (334) 269-9691
Fax (334) 263-4766
bill@blanchardlaw.com