**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * | |
| * | |
| vs. * | Case No: 1:06cr292-WKW/SRW |
| * | |
| **CHRISTOPHER WOLF, et, al.,** * | |
| * | |
| Defendants. * | |

**MOTION FOR EXTENSION OF DEADLINE AND/OR MOTION FOR LEAVE TO FILE EXTRAORDINARY PRE-TRIAL MOTIONS**

*COMES NOW,* the Defendant **Christopher Wolf**, by and through his undersigned attorney and moves this Honorable Court to extend the deadline to file pretrial motions and/or grant Defendant permission to file pre-trial motions made in response to the government's discovery documents after May 11, 2007, the deadline contained in the Court's order dated March 27, 2007, and as for cause Defendant shows the following:

    1. Defendant's undersigned counsel entered his appearance on May 2, 2007.

    2. Defendant's previous attorney was granted permission to withdraw his representation on May 8, 2007.

    3. Defendant has not received any discovery

documents from his former attorney, so he has been unable to provide any to the undersigned counsel.

4. Defendant's undersigned attorney and the United States Attorney have discussed the discovery and made arrangements to exchange documents and other evidence.

5. The United States Attorney has no objection to the filing of this motion.

6. Because Defendant's counsel has not had sufficient time to review the discovery with the Defendant, there will be no reasonable opportunity for Defendant to meet the deadline of May 11th.

*WHEREFORE,* in the interest of justice, and in order to afford the Defendant effective assistance of retained counsel, Defendant moves the Court for the following relief:

A. An extension of the pre-trial motions deadline of May 11, 2007, for a period of not less then seven days; and/or

B. An order granting Defendant leave to file any

pre-trial motions made necessary as a result of a review of the government's discovery documents past the May 11, 2007, deadline; and/or

C.  Such other, further or different relief as the Court deems appropriate in the premises and such as will promote the ends of justice.

>   **s/ B. Shaun McGhee**
>   **B. Shaun McGhee**
>   Bar Number: 6433-E66B
>   **Attorney for Defendant**
>   **Christopher Wolf**
>   Smith & McGhee, P.C.
>   P. O. Box 1225
>   Dothan, AL 36302
>   (334) 702-1744
>   E-mail:shaunmcghee2000@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**      *
                                    *
**VS.**                             *
                                    * Case No:1:06cr292-WKW/SRW
**CHRISTOPHER WOLF, et, al.,**      *
                                    *
        **Defendants**              *

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, Defendant **Christopher Wolf's** Motion for Extension of Time to File Pre-Trial Motions and/or Motion for Leave to File Extraordinary Pre-Trial Motions was filed with the Clerk of the Court using the CM/ECF system which will send electronic notifications of such filing to the following:

John T. Harmon
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
John.harmon@usdoj.gov

A. Clark Morris
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
clark.morris@usdoj.gov

C. Warren Rowe
Rowe & Thompson
P.O. Box 311305
Enterprise, Alabama 36331-1305
(334) 347-3401
(334) 393-6135 (fax)

and a copy has been mailed by United States Postal Service to the following non CM/ECF participants:  None

<u>s/B. Shaun McGhee</u>
B. Shaun McGhee
Bar No: 6433-E66B
Attorney for Defendant
Christopher Wolf
Smith & McGhee, P.C.
P.O. Box 1225
Dothan, Alabama   36302
(334) 702-1744
shaunmcghee2000@yahoo.com