IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr292-WKW |
| | ) | |
| AMBER TURKE WOLF | ) | |
| CHRISTOPHER WOLF | ) | |

## **ORDER**

Upon consideration of defendants' motion for extension of time to file pretrial motions (Doc. # # 52, 53), filed May 9, 2007 and May 10, 2007 respectively, and for good cause, it is

ORDERED that the motions be and hereby are GRANTED as follows:

All pretrial motions by these two defendants shall be filed on or before May 18, 2007.

DONE, this 10th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE