**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \* |
| vs. | \* Case No: 1:06cr292-WKW/SRW |
| **CHRISTOPHER WOLF, et, al.,** | \* |
| Defendants. | \* |

### MOTION FOR PRE-TRIAL HEARING

*COMES NOW,* the Defendant **Christopher Wolf**, by and through his undersigned attorney and moves this Honorable Court for a pre-trial hearing to determine the admissibility of any co-conspirator or codefendant statements during the trial of this case. *Crawford v. Washington*, 541 U.S. 36 (2004); *United States v. James*, 590 F.2d 575, 579 (5th Cir.) (en blanc), *cert. denied*, 442 U.S. 917 (1979).

> s/ B. Shaun McGhee
> **B. Shaun McGhee**
> Bar Number: 6433-E66B
> **Attorney for Defendant Christopher Wolf**
> Smith & McGhee, P.C.
> P. O. Box 1225
> Dothan, AL 36302
> (334) 702-1744
> E-mail:shaunmcghee2000@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **VS.** | * |
| | * Case No:1:06cr292-WKW/SRW |
| **CHRISTOPHER WOLF, et, al.,** | * |
| | * |
| Defendants | * |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2007, Defendant **Christopher Wolf's** Motion for Pre-Trial Hearing was filed with the Clerk of the Court using the CM/ECF system which will send electronic notifications of such filing to the following:

| | |
|---|---|
| John T. Harmon | A. Clark Morris |
| U.S. Attorney's Office | U.S. Attorney's Office |
| P.O. Box 197 | P.O. Box 197 |
| Montgomery, Alabama 36101-0197 | Montgomery, Alabama 36101-0197 |
| Telephone: 334-223-7280 | Telephone: 334-223-7280 |
| Facsimile: 334-223-7560 | Facsimile: 334-223-7560 |
| John.harmon@usdoj.gov | clark.morris@usdoj.gov |

C. Warren Rowe
Rowe & Thompson
P.O. Box 311305
Enterprise, Alabama 36331-1305
(334) 347-3401
(334) 393-6135 (fax)

and a copy has been mailed by United States Postal Service to the following non CM/ECF participants: None

<u>s/B. Shaun McGhee</u>
B. Shaun McGhee
Bar No: 6433-E66B
Attorney for Defendant
Christopher Wolf
Smith & McGhee, P.C.
P.O. Box 1225
Dothan, Alabama  36302
(334) 702-1744
shaunmcghee2000@yahoo.com