**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,** *
       Plaintiff       *
vs.                        * Case No: 1:06cr292-WKW/SRW
                             *
**CHRISTOPHER WOLF, et, al.,** *
                             *
       Defendants.    *

### NOTICE OF INTENT TO CHANGE PLEA

*COMES NOW,* the Defendant, **Christopher Wolf**, by and through his undersigned attorney, and hereby gives notice of intent to change his plea from not guilty to guilty pursuant to a plea agreement. The Defendant consents to the plea being taken before a Magistrate Judge.

Respectfully submitted this the 25th day of July 2007.

                                          **s/ B. Shaun McGhee**
                                          **B. Shaun McGhee**
                                          Bar Number: 6433-E66B
                                          **Attorney for Defendant**
                                          **Christopher Wolf**
                                          Smith & McGhee, P.C.
                                          P. O. Box 1225
                                          Dothan, AL 36302
                                          (334) 702-1744
                                          E-mail:shaunmcghee2000@yahoo.com

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**   *

**VS.**   *

  * Case No:1:06cr292-WKW/SRW

**CHRISTOPHER WOLF, et, al.,**   *

    **Defendants**   *

## CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2007, Defendant **Christopher Wolf's** Notice of Intent to Change Plea was filed with the Clerk of the Court using the CM/ECF system which will send electronic notifications of such filing to the following:

| | |
|---|---|
| John T. Harmon<br>U.S. Attorney's Office<br>P.O. Box 197<br>Montgomery, Alabama 36101-0197<br>Telephone: 334-223-7280<br>Facsimile: 334-223-7560<br>John.harmon@usdoj.gov | A. Clark Morris<br>U.S. Attorney's Office<br>P.O. Box 197<br>Montgomery, Alabama 36101-0197<br>Telephone: 334-223-7280<br>Facsimile: 334-223-7560<br>clark.morris@usdoj.gov |

and a copy has been mailed by United States Postal Service to the following non CM/ECF participants:  None

                        s/B. Shaun McGhee
                        B. Shaun McGhee
                        Bar No: 6433-E66B
                        Attorney for Defendant
                        Christopher Wolf
                        Smith & McGhee, P.C.
                        P.O. Box 1225
                        Dothan, Alabama  36302
                        (334) 702-1744
                        shaunmcghee2000@yahoo.com