IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-0292-WKW |
| ) | |
| CHRISTOPHER WOLFE ) | |
| ) | |

## **ORDER**

Upon consideration of the defendant's Motion for Pre-Trial Hearing (Doc. # 59) to determine the admissibility of co-conspirator statements, it is ORDERED that the motion is DENIED as MOOT.

DONE this 3rd day of August 2007.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE