IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1-06-cr-292-WKW |
| | ) | |
| ASHLEY LACHELL WHITLOCK, | ) | |
| TERRY ANTHONY WHITLOCK, | ) | |
| AMBER TURKE WOLF, and | ) | |
| CHRISTOPHER WOLF | ) | |

## **ORDER**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. # 89), and for good cause shown, it is ORDERED that the motion is GRANTED and that the forfeiture allegation is stricken from the Indictment.

DONE this 10th day of September, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE