# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:06cr292-WKW/SRW |
| | * | |
| **CHRISTOPHER WOLF, et al.,** | * | |
| | * | |
| Defendants. | * | |

## MOTION TO RE-SET SENTENCING HEARING

*COMES NOW* Defendant Christopher Wolf, by and through his undersigned attorney and moves the Court to re-set the sentencing hearing set in this cause on October 24, 2007, at 9:30 a.m., to November 1, 2007, at 9:15 a.m., to be conducted at the same time as the sentencing hearing of co-defendant Amber Wolf, stating that (1) the parties are husband and wife; (2) judicial economy will be better served by conducting the hearings at the same time; and (3) that the United States Attorney has been consulted and does not oppose the parties being sentenced at the same time.

*RESPECTFULLY SUBMITTED,*

         **s/ B. Shaun McGhee**
         **B. Shaun McGhee**
         Bar Number: ASB-6433-E66B
         **Attorney for Defendant**
         Smith & McGhee, P.C.
         211 West Main Street, Suite 2
         Dothan, Alabama 36301
         Telephone: (334) 702-1744
         Fax: (334) 673-1744
         E-mail: shaunmcghee2000@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | Case No: 1:06cr292-WKW/SRW |
| | * | |
| **CHRISTOPHER WOLF, et al.,** | * | |
| | * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, the foregoing motion was filed on behalf of Christopher Wolf was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John T. Harmon  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7560  
john.harmon@usdoj.gov

A. Clark Morris  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7560  
clark.morris@usdoj.gov

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

**s/ B. Shaun McGhee**  
**B. Shaun McGhee**  
Bar Number: ASB-6433-E66B  
**Attorney for Defendant**  
Smith & McGhee, P.C.  
211 West Main Street, Suite 2  
Dothan, Alabama 36301  
Telephone: (334) 702-1744  
Fax: (334) 673-1744  
E-mail: shaunmcghee2000@yahoo.com