UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1-06-cr-292-WKW |
| ) | |
| CHRISTOPHER WOLF ) | |

**ORDER**

Upon consideration of the defendant's Motion to Re-set Sentencing Hearing (Doc. #91), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from October 24, 2007, to **November 1, 2007, at 9:15 a.m.**

DONE this 19th day of September, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE