**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | * |
| | * |
| Plaintiff | * |
| vs. | * Case No: 1:06cr292-WKW/SRW |
| | * |
| **CHRISTOPHER WOLF, et, al.**, | * |
| | * |
| Defendants. | * |

### MOTION TO RE-SET SENTENCING HEARING

*COMES NOW,* the Defendant **Christopher Wolf**, by and through his undersigned attorney and moves this Honorable Court to re-set the sentencing hearing currently scheduled in this matter for November 1, 2007, and in support thereof, offers the following:

1. On July 26, 2007, the defendant entered a plea of guilty to Count One of the indictment in this case.

2. There is a current sentencing date set for November 1, 2007.

3. As a part of the plea bargain reached between the defendant and the United States, the defendant has agreed to be a cooperating witness in ongoing investigations being conducted by the government in his attempt to qualify for and receive U.S.S.G. 5K1.1 relief.

4.   The United States Attorney has been consulted prior to the filing of this motion and has not entered an objection.

*WHEREFORE,* the defendant prays that this Honorable Court will grant him the following relief:

A.   an order re-setting the sentencing hearing currently scheduled for November 1, 2007, to a later date so as to allow the defendant to perform under the plea bargain agreement;

B.   such other, further or different relief as the Court deems appropriate in the premises.

Respectfully submitted,

**s/ B. Shaun McGhee**
**B. Shaun McGhee**
Bar Number: 6433-E66B
**Attorney for Defendant**
**Christopher Wolf**
Smith & McGhee, P.C.
P. O. Box 1225
Dothan, AL 36302
(334) 702-1744
E-mail:shaunmcghee2000@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**   *
                                *
**VS.**                          *
                                * Case No:1:06cr292-WKW/SRW
**CHRISTOPHER WOLF, et, al.,**   *
                                *
    **Defendants**         *

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, Defendant **Christopher Wolf's** Motion To Re-Set Sentencing Hearing was filed with the Clerk of the Court using the CM/ECF system which will send electronic notifications of such filing to the following:

| | |
|---|---|
| John T. Harmon | A. Clark Morris |
| U.S. Attorney's Office | U.S. Attorney's Office |
| P.O. Box 197 | P.O. Box 197 |
| Montgomery, Alabama 36101-0197 | Montgomery, Alabama 36101-0197 |
| Telephone: 334-223-7280 | Telephone: 334-223-7280 |
| Facsimile: 334-223-7560 | Facsimile: 334-223-7560 |
| John.harmon@usdoj.gov | clark.morris@usdoj.gov |

and a copy has been mailed by United States Postal Service to the following non CM/ECF participants: None

                                    s/B. Shaun McGhee
                                    B. Shaun McGhee
                                    Bar No: 6433-E66B
                                    Attorney for Defendant
                                    Christopher Wolf
                                    Smith & McGhee, P.C.
                                    P.O. Box 1225
                                    Dothan, Alabama  36302
                                    (334) 702-1744
                                    shaunmcghee2000@yahoo.com