UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1-06-cr-292-WKW |
| | ) | |
| CHRISTOPHER WOLF | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Re-set Sentencing Hearing (Doc. #97), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from November 1, 2007, to **January 30, 2008, at 9:30 a.m.**

DONE this 17th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE