IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| * | |
| Plaintiff * | |
| vs. * | Case No: 1:06cr292-WKW/SRW |
| * | |
| CHRISTOPHER WOLF, et, al.,* | |
| * | |
| Defendants. * | |

**MOTION FOR CONSIDERATION OF MITIGATING CIRCUMSTANCES
AND MOTION FOR OPPORTUNITY TO PRESENT EVIDENCE**

*COMES NOW,* Defendant, **Christopher Wolf**, by and through his undersigned attorney, B. Shaun McGhee, in connection with the sentencing hearing set in this case on January 30, 2008, and files this motion stating the following:

1. On January 12, 2005, the U.S. Supreme Court issued decisions in the consolidated cases of *United States v. Booker* and *United States v. Fanfan*, [125 S.Ct. 738 (2005)] which effectively made the federal sentencing guidelines advisory, so that they are now only one of many factors to be considered by the Court in imposing sentence. Those factors include the nature and circumstances of the offense; the history and characteristics of the defendant; the need for the

sentence imposed to reflect the seriousness of the offense; to promote respect for law and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; the need to avoid unwarranted sentencing disparities; and to provide restitution to the victims.  However, the guiding principle remains that a Court is to impose a sentence which is sufficient but not greater than necessary.  *18 U.S.C. § 3553(a)(2)*.

    2. In conformance with this guiding principle, Defendant moves the Court to consider the following mitigating facts and circumstances in determining the sentence in this case:

        a. An examination of the nature and circumstances of the present offense show that this Defendant was not implicated with actual possession of a firearm in conjunction with illegal substances nor with use of a firearm.

  b. The history and characteristics of the Defendant show that he is a twenty-four year old father of a nine-month old child. He is the bread-winner of the family and is needed for its financial support.

  c. Defendant recognizes and freely admits this is a very serious offense, and that the public deserves protection from further exposure to the offense, but points out there are no identifiable victims who incurred physical or financial loss as a result of it and that his proposed sentence is excessive in relation to the other co-defendants in this case and excessive compared to his role in the offense.

  d. Defendant has a limited prior criminal history. He has a prior Driving Under the Influence conviction and eight (8) counts of Breaking and Entering a Vehicle. All of his prior charges occurred at the age of 18 years. His DUI charge occurred within four (4) months of the Breaking and Entering charges. The Breaking and Entering youthful offender adjudications were, in essence, one set of events, which resulted in separate charges.

  e. Defendant has cooperated with the judiciary and facilitation of the administration of justice. See *U.S.S.G.* §5K2.0(b) & (c). See *U.S. v. Dethlefs*, 123 F.3d 39 (1st Cir. 1997).

 *WHEREFORE*, Defendant moves this Honorable Court to:

 A. Impose a departure sentence in this case which reflects a consideration and incorporation of the foregoing facts and circumstances;

 B. Grant Defendant an opportunity to present evidence in support of the foregoing facts and circumstances;

 C. Grant such other, further or different relief as is appropriate and all that will promote fairness, equity and justice in this case.

  Respectively submitted,

    <u>**s/ B. Shaun McGhee**</u>
    **B. Shaun McGhee**
    Bar Number: 6433-E66B
    **Attorney for Defendant**
    **Christopher Wolf**
    Smith & McGhee, P.C.
    P. O. Box 1225
    Dothan, AL 36302
    (334) 702-1744
    E-mail:shaunmcghee2000@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **VS.** | * |
| | * Case No:1:06cr292-WKW/SRW |
| **CHRISTOPHER WOLF, et, al.,** | * |
| | * |
| Defendants | * |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, Defendant **Christopher Wolf's** foregoing motion was filed with the Clerk of the Court using the CM/ECF system which will send electronic notifications of such filing to the following:

John T. Harmon
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
John.harmon@usdoj.gov

A. Clark Morris
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
clark.morris@usdoj.gov

C. Warren Rowe
Rowe & Thompson
P.O. Box 311305
Enterprise, Alabama 36331-1305
(334) 347-3401
(334) 393-6135 (fax)

and a copy has been mailed by United States Postal Service to the following non CM/ECF participants: None

<pre>
                              s/B. Shaun McGhee
                              B. Shaun McGhee
                              Bar No: 6433-E66B
                              Attorney for Defendant
                              Christopher Wolf
                              Smith & McGhee, P.C.
                              P.O. Box 1225
                              Dothan, Alabama  36302
                              (334) 702-1744
                              shaunmcghee2000@yahoo.com
</pre>