# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| vs. | *   Case No: 1:06cr292-WKW/SRW |
| | * |
| **CHRISTOPHER WOLF, et, al.,** | * |
| Defendants. | * |

## MOTION TO AMEND SENTENCING ORDER

*COMES NOW,* the Defendant **Christopher Wolf**, by and through his undersigned attorney and moves the Court to amend the Final Sentencing Order in this case to recommend placement of the Defendant at the same as her husband and co-defendant in this case, and that both be placed at the closest available facility to Enterprise, Alabama. In support of this request, Defendant shows the following:

1. Defendant appeared before the Court for sentencing on January 30, 2008. Co-defendant Amber T. Wolf appeared on the same date.

2. During the proceeding, Defendant's counsel failed to submit the Defendant's request.

3. Defendant and his wife, Amber T. Wolf, have a minor child that has been placed in the temporary custody of the paternal Grandmother.

4. The paternal Grandmother resides in Enterprise, Alabama, and desires to afford the child as much association with the parents as is possible.

5. The paternal Grandmother will suffer an undue financial burden and the child will suffer additional stress if the efforts to maintain the parental association require travel to facilities located great distances from Enterprise, and to travel to two different facilities.

6.   Defendant states that he and his wife have determined to maximize their rehabilitation and to maintain a home which will afford their child a nurturing and stable environment once they are released from custody and believe it is very important for their child to maintain the parental association during their confinement.

*WHEREFORE,* premises considered, Defendant Christopher Wolf respectfully prays this Honorable Court will grant the following relief:

A. An order recommending that the Defendant to be confined at the facility which is closest to Enterprise, Alabama;

B. An order recommending placement of the Defendant at the same facility as her husband, Christopher Wolf;

C. Such other, further or different relief as the Court deems appropriate in the premises.

s/ B. Shaun McGhee
**B. Shaun McGhee**
Bar Number: 6433-E66B
**Attorney for Defendant Christopher Wolf**
Smith & McGhee, P.C.
P. O. Box 1225
Dothan, AL 36302
(334) 702-1744
E-mail:shaunmcghee2000@yahoo.com

### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| vs. | * | Case No: 1:06cr292-WKW/SRW |
| | * | |
| **CHRISTOPHER WOLF, et, al.,** | * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, Defendant Christopher Wolf's Motion for Extension of Time to File Pre-Trial Motions and/or Motion For Leave to File Extraordinary Pre-Trial Motions was filed with the Clerk of the Court using the CM/ECF system which will send electronic notifications of such filing to the following:

| | |
|---|---|
| John T. Harmon | A. Clark Morris |
| U.S. Attorney's Office | U.S. Attorney's Office |
| P.O. Box 197 | P.O. Box 197 |
| Montgomery, AL 36101-0197 | Montgomery, AL 36101-0197 |
| Telephone: 334-223-7280 | Telephone: 334-223-7280 |
| Facsimile: 334-223-7560 | Facsimile: 334-223-7560 |
| John.harmon@usdoj.gov | clark.morris@usdoj.gov |

C. Warren Rowe
Rowe & Thompson
P.O. Box 311305
Enterprise, AL 36331-1305
(334) 347-3401
(334) 393-6135 (fax)

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                                           **s/ B. Shaun McGhee**
                                           **B. Shaun McGhee**
                                           Bar Number: 6433-E66B
                                           **Attorney for Defendant Christopher Wolf**
                                           Smith & McGhee, P.C.
                                           P. O. Box 1225
                                           Dothan, AL 36302
                                           (334) 702-1744
                                           E-mail:shaunmcghee2000@yahoo.com