UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1-06-cr-292-WKW |
| | ) | |
| AMBER TURKE WOLF | ) | |
| | ) | |
| CHRISTOPHER WOLF | ) | |

**ORDER**

For good cause shown, it is ORDERED that:

1. Defendant Amber Wolf's Motion to Amend Sentencing Order (Doc. # 127) is GRANTED in part. The Amended Judgment (Doc. # 126) shall be amended to reflect that it is recommended that Ms. Wolf be confined at a facility as close as possible to Enterprise, Alabama. The motion is otherwise DENIED.

2. Defendant Christopher Wolf's Motion to Amend Sentencing Order (Doc. # 128) is GRANTED in part. The Amended Judgment (Doc. # 124) shall be amended to reflect that it is recommended that Mr. Wolf be confined at a facility as close as possible to Enterprise, Alabama. The motion is otherwise DENIED.

DONE this 22nd day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE