AO 245C   (Rev. 06/05) Amended Judgment in a Criminal Case
           Sheet 2 — Imprisonment                                         (NOTE: Identify Changes with Asterisks (*))

Judgment — Page __2__ of __6__

DEFENDANT:      CHRISTOPHER WOLF
CASE NUMBER:    1:06cr292-004-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

38 Months

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment and vocation training are available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __4-3-08__ to __FCC Coleman Low__

a __Coleman Fl__ with a certified copy of this judgment.

RETURNED AND FILED

JUN 16 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_Mary M. Mitchell_
UNITED STATES MARSHAL

By _____ TSO
DEPUTY UNITED STATES MARSHAL

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: ALDRIC HARRIS
Case Number: 3:05-CR-223-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED TWENTY (120) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment Program (500 hour program) and that the defendant be housed as close as possible to his family in Opelika, AL. The drug treatment recommendation should take first priority.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

JUN 1 6 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 6-3-08 to USP MCR at Pine Knot, KY
_____, with a certified copy of this Judgment.

D.L. Stine, Warden
United States Marshal

By  R. Williams, L/E
    Deputy Marshal